```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE    NORTHERN   DISTRICT OF TEXAS
                               LUBBOCK    DIVISION
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 18 2000

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

NOEL VALENCIA GALVEZ REG.# 58037-004
Plaintiff's name and ID Number

GILES W. DALBY CORRECTIONAL FACILITY. 805 NORTH AVE. F. POST, TX 79356
Place of Confinement

CASE NO. 5-00CV0281-C
(Clerk will assign the number)

V.
MANAGEMENT AND TRAINING CORP.
805 NORTH AVENUE F, POST, TX 79356
Defendant's name and address

DR. VERNON FARTHING
MEDICAL DEPT., 805 NORTH AVE. F. POST, TX 79356
Defendant's name and address

GILES W. DALBY CORRECTIONAL FACILITY
805 NORTH AVENUE F. POST, TX 79356
Defendant's name and address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? \_\_\_YES **X** NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: NOT APPLICABLE

        2. Parties to previous lawsuit:

        Plaintiff(s) NOT APPLICABLE

        Defendant(s) NOT APPLICABLE

        3. Court: (If federal, name the district; if state, name the county.) NOT APPLICABLE

        4. Docket Number: NOT APPLICABLE

        5. Name of judge to whom case was assigned: NOT APPLICABLE

        6. Disposition: (Was the case dismissed, appealed, still pending?) NOT APPLICABLE

        7. Approximate date of disposition: NOT APPLICABLE

II. PLACE OF PRESENT CONFINEMENT <u>MTC/GILES W. DALBY CORRECTIONAL FACILITY</u>
   <u>805 NORTH AVENUE F. POST, TX 79356</u>

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
   PLAINTIFF SEEKS MONETARY RELIEF. EXHAUSTION NOT REQUIRED.
   Have you exhausted both steps of the grievance procedure in this institution?   ___YES  _X_ NO
   EXAUSTION OF ADMISTRATIVE REMEDY NOT REQUIRED
   Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

   A. Name and address of plaintiff: <u>NOEL VALENCIA GALVEZ REG. #58037-004</u>
      <u>GILES W. DALBY CORRECTIONAL FACILITY  805 N. AVE. F. POST, TX 79356</u>

   B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

   Defendant #1: <u>MANAGEMENT AND TRAINING CORP.</u>
   <u>805 NORTH AVENUE F. POST, TX 79356</u>

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   <u>DEFENDANT IS A CONTRACTOR TO THE FEDERAL BUREAU OF PRISONS TO INCARCERATE</u>
   <u>PLAINTIFF AND EMPLOYER OF DR. VERNON FARTHING</u>

   Defendant #2 <u>GILES W. DALBY CORRECTIONAL FACILITY</u>
   <u>805 NORTH AVENUE F. POST, TX 79356</u>

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   <u>DEFENDANT IS THE OPERATING ENTITY OF MANAGEMENT AND TRAINING CORP.</u>
   <u>AND OF THE FACILITY'S CLINIC AND EMPLOYER DR. VERNON FARTHING</u>

   Defendant #3 <u>DR. VERNON FARTHING-MEDICAL DEPARTMENT</u>
   <u>805 NORTH AVENUE F. POST, TX 79356</u>

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   <u>DENIED PLAINTIFF MEDICAL TREATMENT FOR HIS RUPTURED UMBILICAL HERNIA AND</u>
   <u>AND DELIBERATE INDIFFERENCE TO PLAINTIFF'S MEDICAL NEEDS IN, AND OF HIS CON-</u>
   <u>STITUTIONAL RIGHTS.</u>

   DEFENDANT # 4: <u>FEDERAL BUREAU OF PRISONS</u>
   <u>320 FIRST STREET, N.W., WASHINGTON D.C. 20534</u>

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   <u>ENTERED INTO CONTRACTUAL AGREEMENT WITH DEFENDANTS #1,2,3, AND 5 TO INCARCE-</u>
   <u>RATE PLAINTIFF AND FAILURE TO SUPERVISE/AND INTENTIONAL DENIAL TO APPROPRIA</u>
   <u>CONTRACTOR'S AND PROTECT PLAINTIFF'S CONSTITUTIONAL RIGHTS TO NECESSARY MEDI-</u>
   <u>CAL CARE FOR HIS DOUBLE RUPTURED UMBILICAL HERNIA.</u>

   DEFENDANT # 5: <u>KATHLEEN HAWK, DIRECTOR, FED. BUREAU OF PRISONS</u>

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   <u>FED BUREAU OF PRISONS, WASHINGTON DC — COLLECTIVELY OR INDI-</u>
   <u>VIDUALLY AWARDED THE CONTRACT TO HOUSE FED. INMATES IN AN</u>
   <u>UNCONSTITUTIONAL MANNER TO DEPRIVE PLAINTIFF HIS CONSTITUTIO</u>
   <u>RIGHT OF EQUAL PROTECTION OF THE LAW</u>

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

THE DEFENDANT ENTERED INTO CONTRACT WITH THE FEDERAL BUREAU OF PRISONS IN AN APPLIED MANNER TO THE PLAINTIFF MEDICAL DENIAL, IS AN UNCONSTITUTIONAL APPLICATION OF THE LATER'S STATUTORY AUTHORITY UNDER TITLE U.S.C.S3621 (a) and (b) TO DESIGNATE PLAINTIFF PLACE OF IMPRISONMENT AND SUCH AGREEMENT AND CONTRACT OF THE DEFENDANT IS A CONSCIOUS AND DELIBERATE CONSPIRACY TO DEPRIVE PLAINTIF OF HIS EQUAL PROTECTION GUARANTEED BY THE UNITED STATES CONSTITUTION.

1. DENIAL OF MEDICAL REFERRAL AND DELIBERATE INDIFFERENCE TO PLAINTIFF SERIOUS EXCRUCIATING AND PAINFUL DOUBLE PROTRUDING UMBILICAL HERNIA AILMENT INSPITE OF PROFESSIONAL, MEICAL OPINION ACKNOWLEDGING THE VERY NEED FOR URGENT MEDICAL ATTENTION AGAINST HIS CONSTITUTIONAL RIGHTS TO RECEIVE MEDICAL CARE FOR HIS RUPTURED UMBILICAL HERNIA.

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF SEEKS $100,000 (ONE HUNDRED THOUSAND DOLLARS) MONETARY DAMAGES IN ACTUAL AND PUNITIVE DAMAGES, COURT COSTS, DECLARATORY AND INJUCTORY RELIEF AND CERTIFICATION AS CLASS ACTION FOR AND ON BEHALF OF SIMILARLY SITUATED INMATES AT G.W CORR. FACILITY.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

NOEL VALENCIA GALVEZ

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES _X_ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): __N/A__

2. Case Number: __N/A__

3. Approximate date sanctions were imposed: __N/A__

4. Have the sanctions been lifted or otherwise satisfied? N/A ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES **X** NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__

2. Case Number: __N/A__

3. Approximate date warnings were imposed: __N/A__

Executed on: AUGUST 14, 2000
        DATE

*Noel Valencia Galvez*
*Noel Valencia Galvez*
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___14___ day of __AUGUST__, 19 __2000__.
        (Day)              (month)          (year)

*Noel Valencia Galvez*
*Noel Valencia Galvez*
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.